



HENDERSON GALLAGHER & KANE
A Law Corporation

| | |
|---|---|
| J. PATRICK GALLAGHER | 3417-0 |
| JOELLE SEGAWA KANE | 6528-0 |
| LYNN B.K. COSTALES | 5937-0 |

745 Fort Street, Suite 1550
Honolulu, Hawaii 96813
Telephone: (808) 532-2023

Attorneys for Defendants
TRI ISLE, INCORPORATED and
BERNARD T. BULOSAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TIMOTHY PIERPOINT | ) Civil No. CV06 00421 SOM/KSC |
| | ) |
| Plaintiff, | ) FINDINGS AND |
| | ) RECOMMENDATION |
| vs. | ) REGARDING PETITION FOR |
| | ) APPROVAL OF GOOD FAITH |
| COSTCO WHOLESALE | ) SETTLEMENT |
| CORPORATION, a foreign | ) |
| corporation; TRI ISLE, | ) |
| INCORPORATED, a domestic | ) |
| corporation; BERNARD T. | ) |
| BULOSAN, an individual, JOHN | ) |
| DOES 1-5, JOHN DOE | ) |
| CORPORATIONS 1-5; JOHN DOE | ) |
| PARTNERSHIPS 1-5; JOHN DOE | ) |
| PARTNERSHIPS 1-5; ROE | ) |
| GOVERNMENTAL AGENCIES 1-5, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## FINDINGS AND RECOMMENDATION REGARDING
## <u>PETITION FOR GOOD FAITH SETTLEMENT</u>

Defendants TRI ISLE, INCORPORATED and BERNARD T. BULOSAN having filed, on or about July 12, 2007, their Petition for Approval of Good Faith Settlement, the Magistrate having reviewed and considered said Petition and all submissions, together with all admissible evidence relating thereto, and any reasonable inferences drawn therefrom, and being duly advised in the premises, and good cause appearing therefor,

The Magistrate hereby FINDS that the settlement between Plaintiff TIMOTHY PIERPOINT and Defendants TRI ISLE INCORPORATED, BERNARD T. BULOSAN and COSTCO WHOLESALE CORPORATION, with release of those Defendants and release of Horizon Lines, LLC aka CSX Lines of Hawaii, LLC, has been entered into by good faith by all parties thereto and that proper notice has been given to the appropriate parties hereto and all other known potential joint tortfeasors or co-obligors.

The Magistrate therefore RECOMMENDS that as a result of this finding of good faith, and pursuant to Hawaii Revised Statutes §§ 663-15.5(b) and (d), TRI ISLE, INCORPORATED, BERNARD T. BULOSAN, COSTCO WHOLESALE CORPORATION and Horizon Lines, LLC aka CSX Lines of Hawaii, LLC, are

discharged from all liability from any claims that may be brought by a joint tortfeasor or co-obligor for any contribution or indemnity based on comparative negligence or comparative fault arising from any of the damages, injuries or losses sustained by Plaintiff in connection with or arising out of the matters which are the subject of the Settlement Agreement.

DATED: Honolulu, Hawaii, SEP 0 4 2007.

_____
Magistrate of the Above-Entitled Court

---

FINDINGS AND RECOMMENDATION REGARDING PETITION FOR GOOD FAITH SETTLEMENT; Pierpoint vs. Costco Wholesale Corporation, et al., Civil No. CV06 00421 SOM/KSC