IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TIMOTHY PIERPOINT, | ) | CV 06-00421 SOM-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COSTCO WHOLESALE CORPORATION, a foreign corporation; TRI ISLE, INCORPORATED, a domestic corporation; BERNARD T. BULOSAN, an individual; JOHN DOES 1-5; JOHN DOE CORPORATIONS 1-5; JOHN DOE PARTNERSHIPS 1-5; ROE GOVERNMENTAL AGENCIES 1-5, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation (the "F&R") were filed and served on all parties on September 5, 2007, and all parties have stated by letter that they have no objection to the F&R.

Therefore, the court orders that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court. This court notes that, given the express statements that no party objects to the F&R, this court is adopting the

F&R before the objection period has run.  See ILWU, Local 142 v. C. Brewer &

Co., Ltd., 2007 WL 2175370 (D. Haw. July 31, 2007) (discussing the time to

challenge a Magistrate Judge's order or recommendation).

  IT IS SO ORDERED.

  DATED: Honolulu, Hawaii; September 5, 2007.



        /s/Susan Oki Mollway
        SUSAN OKI MOLLWAY
        UNITED STATES DISTRICT JUDGE

cc:all parties of record

TIMOTHY PIERPOINT v. COSTCO WHOLESALE CORPORATION; TRI ISLE, INCORPORATED; BERNARD T. BULOSAN, et al.
Civil No. CV 06-00421 SOM-KSC; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION